IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>KYLE DUBBERT, an individual; and TYLER JOHNSON, an individual;<br><br>Defendants. | **8:24CV223**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

Accordingly,

IT IS ORDERED:

1) On or before **December 20, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 20th day of November, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge